In the Matter of the Judicial Settlement of the Accounts of CHARLES B. DUNN, as Executor of JOSEPH C. BARNES, Deceased. FRANCES M. BARNES, Appellant; HERBERT S. BARNES et al., Respondents.

(Submitted November 22, 1897; decided November 30, 1897.)

Motion for reargument denied, with ten dollars costs. (See 154 N. Y. 737.)